JEFFREY WIEGAND, Appellant, v THOMAS P. OOT, Respondent. [639 NYS2d 755]

Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

In the Matter of PATRICK S., JR., an Infant. MELODY C., Appellant; ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [639 NYS2d 756]

Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

CRAIG COBURN et al., Plaintiffs, v GENESEE RIVER HOTEL, INC., et al., Respondents, and BARRINGTON EAST DEVELOPMENT, LTD., Appellant. [639 NYS2d 756]

Memorandum: Supreme Court properly denied the cross motion of defendant Barrington East Development, Ltd. (Barrington) for summary judgment on its cross claim for common-law indemnification against defendant Can-Am Roofing, Inc. Barrington failed to meet its burden of establishing, as a matter of law, that it did not direct, control or supervise the roofing work performed by plaintiff Craig Coburn (*see, Edmond v Streeter Assocs.*, 207 AD2d 1005, 1006; *Stevanoff v Boys & Girls Club*, 191 AD2d 1037; *cf., Damon v Starkweather*, 185 AD2d 633). (Appeal from Order of Supreme Court, Monroe County, Siragusa, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.